United States District Court
Southern District of Texas
**ENTERED**
November 15, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CARBO CERAMICS, INC., § § *Plaintiff,* § § v. § § SHALE SUPPORT SERVICES, LLC, § § *Defendant* § | CIVIL ACTION NO. 4:16-CV-01998 |

## AGREED FINAL JUDGMENT

On this day the Court considered Plaintiff CARBO Ceramics, Inc.'s and Defendant Shale Support Services, LLC's (collectively, the "Parties'") Agreed Motion for Entry of Final Judgment. After reviewing the Motion and considering the arguments of counsel, if any, this Court is of the opinion that the Motion shall be and hereby is GRANTED.

THEREFORE, the Court ORDERS that Plaintiff CARBO, shall have and recover from Defendant Shale Support Services, LLC damages in the sum of $1,334,176.00; it is further

ORDERED that Plaintiff CARBO shall have and be entitled to all writs and processes that may be necessary for the enforcement, execution, and collection of this Agreed Judgment or the cost of court awarded herein.

It is FURTHER ORDERED that this judgment is final and appealable and disposes of all claims between the Parties, and that each Party shall bear its own costs.

Signed at Houston, Texas on this 15th day of November, 2016.

_____
United States District Judge